UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | | |
|---|---|---|
| **PNC BANK, NATIONAL ASSOCIATION,** | § § § § | |
| Plaintiff, | § § | Civil Action No.: |
| v. | § § | 1:24-cv-00036-JB-B |
| **PRIVATE GALLERY, INC., et al.,** | § § § | |
| Defendants. | § § | |

### ORDER GRANTING DEFAULT FINAL JUDGMENT AS TO DEFENDANT PRIVATE GALLERY, INC.

This matter having come before the Court on Plaintiff's Motion for Default Final Judgment Against Defendant, Private Gallery, Inc. (the "Motion"). Considering the Motion and the record in this case, and based on the uncontested allegations which are deemed admitted and presumed to be true, the Court finds that Plaintiff's Motion is due to be **GRANTED** and enters the following findings of fact and conclusions of law:

1. This Court has jurisdiction over Defendant Private Gallery, Inc. (the "Defendant"), and over the subject matter at issue in this action;

2. Plaintiff, PNC Bank, is a national banking association with its main office, as designated in its articles of association, in Delaware, and thus is a citizen of Delaware;

3. Defendant, Private Gallery, Inc., is an Alabama corporation with its principal place of business in Fairhope, Alabama and thus is a citizen of Alabama;

4. Plaintiff filed its original complaint on February 6, 2024;

5. Defendant was served with the Summons and Complaint on February 14, 2024;

6. After Defendant failed to answer or otherwise respond by the deadline, a Clerk's Default was entered against Defendant on April 8, 2024;

7. On June 20, 2024, Plaintiff filed the Motion and supporting affidavits verifying its damages;

8. Due to the Clerk's Default, all well pleaded allegations in the Complaint are deemed admitted and presumed to be true;

9. Therefore, Defendant Private Gallery, Inc. owes to Plaintiff the following as of June 20, 2024: $123,693.76, consisting of $100,644.47 in outstanding principal, $22,098.49 in accrued unpaid interest, and $950.80 in fees.

10. The Court also hereby finds that in accordance with the Complaint and Motion, Plaintiff is entitled to its reasonable attorneys' fees, costs, and expenses incurred in this matter, to be assessed against Defendant. Accordingly, PNC is entitled to $9,402.35 as its reasonable attorneys' fees, costs, and expenses incurred in this matter;

11. Plaintiff, PNC Bank, N.A., shall recover from Defendant Private

Gallery, Inc. the amount of $133,096.11, which shall bear interest at the rate prescribed by 28 U.S.C. § 1961, for which sum let execution issue.

**DONE and ORDERED** this 22nd day of August, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE
